# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 19. Notice of Sealing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form19instructions.pdf

**9th Cir. Case Number(s)** [ ]

**Case Name** [ ]

☐ Pursuant to Circuit Rule 27-13(d), the filing of the accompanying document or set of documents under seal is required by a statute or procedural rule.

The applicable statute/rule is:

[ ]

☐ Pursuant to Circuit Rule 27-13(g), maintaining this entire case under seal is mandated by statute or procedural rule.

The applicable statute/rule is:

[ ]

**Signature** [ ] **Date** [ ]

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 19** *Rev. 07/01/2019*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** [          ]

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

[                    ]

**Description of Document(s)** *(required for all documents)*:

[                    ]

**Signature** [          ] **Date** [          ]

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 15                                                                 Rev. 12/01/2018