# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 19. Notice of Sealing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form19instructions.pdf

**9th Cir. Case Number(s)** 24-5415

**Case Name** United States v. John Paul Thropay, MD

☒ Pursuant to Circuit Rule 27-13(d), the filing of the accompanying document or set of documents under seal is required by a statute or procedural rule.

The applicable statute/rule is:

Guide to Judiciary Policy, Vol. 7, Sec. 210.40.20(h)

☐ Pursuant to Circuit Rule 27-13(g), maintaining this entire case under seal is mandated by statute or procedural rule.

The applicable statute/rule is:

**Signature** s/ Davina T. Chen     **Date** 9/26/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 19     Rev. 07/01/2019