24-5415

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

JOHN PAUL THROPAY, M.D.,

*Defendant-Appellants.*

On Appeal from the United States District Court
for the Central District of California
Hon. Judge Stanley Blumenfeld, Jr., District Judge
D.C. No. 2:20-cr-418-SB-1

## UNOPPOSED MOTION TO STAY PROCEEDINGS

DAVINA T. CHEN
LAW OFFICE OF DAVINA T. CHEN
1751 Colorado Blvd., No. 190
Los Angeles, California 90041
(213) 446-8791
Davina@DavinaChen.com

*Counsel for Defendant-Appellant*
John Paul Thropay, M.D.

1

## Appellant's Unopposed Motion to Stay Proceedings and Deadline for Filing Opening Brief

For the reasons set forth in the Declaration of Counsel submitted for under seal filing, Defendant-Appellant John Paul Thropay, M.D., hereby moves for a stay of his proceedings (including the deadline for filing Appellant's Opening Brief) until further notice, with status reports to be filed every three months commencing March 16, 2024.

The deadline for the Opening Brief is currently December 16, 2024. The transcripts have been ordered; all but two transcripts have been prepared—the final two transcripts are late because the CJA office of the U.S. District Court did not transmit the CJA voucher and request to the assigned reporter.

Dr. Thropay is currently on bond with a surrender date of February 28, 2025.

This motion is unopposed and is made pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 31-2.2(b) and is based on the declaration of counsel submitted for under seal filing, all

files and records in this case, and such further information as may be provided to the Court regarding the motion.

Respectfully submitted

Dated: November 13, 2024

*s/ Davina T. Chen*
DAVINA T. CHEN