| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | NOV 29 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

JOHN PAUL THROPAY, M.D,

    Defendant - Appellant.

No. 24-5415

D.C. No.
2:20-cr-00418-MWF-1
Central District of California,
Los Angeles

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 15) to file under seal the declaration in support of the unopposed motion to stay this appeal is granted. The clerk will file publicly the unopposed motion to stay (Docket Entry No. 14.1) and the certificate of service for the motion to seal (Docket Entry No. 15.3). The clerk will maintain under seal the motion to seal (Docket Entry No. 15.1), and the declaration in support of the motion to stay (Docket Entry Nos. 14.2 and 15.2).

The unopposed motion (Docket Entry No. 14) to stay this appeal is granted. The existing briefing schedule is vacated and appellate proceedings are stayed pending further order of this court. Appellant is directed to file a status report or other appropriate motion in this court by March 16, 2025.